In the Matter of the Application of ARTHUR H. MARKS, Respondent, for the Appointment of an Arbitrator.

LYDIA L. DORNBLASER, Appellant.

*Appeal — order of Appellate Division reversing order which granted motion to vacate ex parte order appointing arbitrator and denying motion — appeal to Court of Appeals dismissed.*

Matter of Marks, 215 App. Div. 771, appeal dismissed.

(Argued February 23, 1926; decided March 30, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1925, which reversed an order of Special Term granting a motion to vacate an *ex parte* order appointing an arbitrator under a contract between the appellant and the respondent, who were formerly husband and wife, and provided that if the respondent claimed a violation of it, he should give written notice of such claim to the Bankers Trust Company, specifying the alleged violation, nominating an arbitrator to determine his claim, and requiring the appellant to nominate an arbitrator within thirty days, failing which " the Supreme Court of the State of New York shall nominate and appoint an arbitrator for her pursuant to section 4, chapter 275 of the Laws of 1920 of the State of New York."

*Harold H. Corbin* and *Max D. Steuer* for appellant.
*Frederic C. Scofield* and *Herbert C. Smyth* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.